BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PILAR FONTENOT, <br><br> Defendant. | No. CR 05-70546 MAG <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR PRELIMINARY HEARING OR ARRAIGNMENT** |

Having made their initial appearance before this Court on July 14, 2005, the parties are scheduled to appear for preliminary hearing or arraignment on August 3, 2005. The government is in the process of assembling discovery and the parties are engaged in discussions about a possible pre-indictment resolution. Accordingly, the parties agree and stipulate that the date for preliminary hearing or arraignment shall be continued for 30 days and reset for September 2, 2005 before Judge Spero.

The parties further agree and stipulate that an exclusion of time under the Speedy Trial Act is appropriate to accommodate this period of delay resulting from the need for defense counsel to review discovery and have further discussions with government counsel. In addition, defense counsel will be on assignment to the Eastern District of California during August, such that an exclusion is warranted for continuity of counsel.

Ms. Fontenot consents to waive her right under Rule 5.1(c) of the Federal Rules of Criminal Procedure to a preliminary hearing within twenty days of her initial appearance, and the

parties agree and stipulate that there is good cause, taking into account the public interest in the prompt disposition of criminal cases, for the requested extension.

IT IS SO STIPULATED.

Dated: 7/28/05

BARRY PORTMAN
Federal Public Defender

JOSH COHEN
Assistant Federal Public Defender

KEVIN V. RYAN
United States Attorney

Dated: 7/29/05

ROBERT REES
Assistant United States Attorney

Accordingly, and for good cause shown, it is hereby ORDERED that the date for preliminary hearing or arraignment, presently set for August 3, 2005, shall be continued to September 2, 2005 at 9:30 AM before Magistrate Judge Joseph Spero.

It is further ORDERED that the time from August 3, 2005 through September 2, 2005 shall be excluded under the Speedy Trial Act and Rule 5.1(d) of the Federal Rules of Criminal Procedure. The Court finds that this delay is necessary to provide for effective preparation and continuity of defense counsel, see 18 U.S.C. § 3161(h)(8)(B)(iv), and that the ends of justice served by granting the exclusion outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A). The Court further finds there is good cause, taking into account the public interest in the prompt disposition of criminal cases, to continue the date for preliminary hearing or arraignment pursuant to Rule 5.1(d).

IT IS SO ORDERED.

Dated: 8/3/05

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE