BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant FONTENOT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-0652 JL |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) | |
| PILAR FONTENOT, | ) ) | |
| Defendant. | ) ) | |

Having entered a guilty plea to a single count of defrauding the Department of Housing and Urban Development, in violation of 18 U.S.C. § 1012, defendant Pilar Fontenot is set to be sentenced by this Court on February 9, 2006. Because of training obligations, defense counsel will be unavailable on that date. Accordingly, the parties agree and stipulate that the sentencing

///
///
///
///
///
///

CR-05-0652 JL; STIP TO CONTINUE
SENTENCING                                                 1

1  hearing shall be continued to February 16, 2006.  The probation officer has been notified of this

2  stipulation and has no objection to the requested continuance.

3      IT IS SO STIPULATED.

4  Dated: January 27, 2006                _____/S/_____
                                            BARRY J. PORTMAN

5                                              Federal Public Defender
                                            JOSH COHEN

6                                              Assistant Federal Public Defender

7

8  Dated: January 27, 2006                _____/S/_____
                                            KEVIN V. RYAN

9                                              United States Attorney
                                            ROBERT REES

10                                              Assistant United States Attorney

11

12                                    **ORDER**

13      Accordingly, and for good cause shown, the sentencing hearing in this matter presently

14  scheduled for February 9, 2006 shall be continued to February 16, 2006 at 9:30 AM.

15      IT IS SO ORDERED.

16  Dated:   January 27, 2006                 _____
                                            JAMES LARSON

17                                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

CR-05-0652 JL; STIP TO CONTINUE
SENTENCING                            2